UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GEORGETTE LONG

                                       Plaintiff,

    **-v.-**

                                        Civil Action No.
                                        3:12-cv-578 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

                                       Defendant.
_____

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

Lachman, Gorton Law Firm           PETER A. GORTON, ESQ.
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

**FOR THE DEFENDANT:**

Social Security Administration         DAVID L. BROWN, ESQ.
Office of Regional General Counsel    NOAH M. SCHABACKER, ESQ.
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
CHIEF JUDGE

# ORDER

The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed May 23, 2013. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed May 23, 2013 is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED that the Commissioner's decision be REVERSED and the case REMANDED pursuant to 42 U.S.C. § 405(g), sentence four, for receipt of evidence regarding the extent that Long's nonexertional environmental limitation further diminishes her occupational base and to guard against necessity for further actions seeking judicial review, the court requests the Commissioner, upon remand, to review his decision in light of all other errors Long asserts in this action; and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated:     June 17, 2013
           Albany, New York

/s/ Gary L. Sharpe
Gary L. Sharpe
Chief Judge
U.S. District Court

2